STATE of Missouri, Respondent,

v.

Brian MITCHELL, Appellant.

No. 46487.

Missouri Court of Appeals, Eastern District, Division Three.

July 26, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1983.

Application to Transfer Denied Oct. 18, 1983.

Henry C. Bryan, Henry B. Robertson, P.D., St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

PER CURIAM:

Defendant appeals from his conviction, after a jury trial, of robbery in the first degree for which he was sentenced to imprisonment for a term of fifteen years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).